IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and WISCONSIN ALUMNI RESEARCH FOUNDATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>SANDOZ INC.,<br>        Defendant. | :<br>:<br>:<br>:<br>:<br>:   C.A. No. 11-00424-GMS<br>:<br>:<br>:<br>: |

## NOTICE OF CHANGE OF ADDRESS

TO ALL COUNSEL:

    PLEASE take notice that the address for Barry M. Klayman, Esquire, of Cozen O'Connor, attorneys for defendant Sandoz Inc., has changed. His new address is as follows:

        Barry M. Klayman
        Cozen O'Connor
        1201 N. Market Street
        Suite 1001
        Wilmington, DE 19801

His telephone number, fax number and email address remain the same.

Dated: October 17, 2012

        COZEN O'CONNOR

        */s/ Barry Klayman*
        Barry M. Klayman (#3676)
        1201 N. Market Street, Suite 1001
        Wilmington, DE 19801
        Telephone: (302) 295-2035
        Facsimile: (215) 701-2209
        E-mail: BKlayman@cozen.com

        *Attorneys for Defendant, Sandoz Inc.*